# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14 cr 20

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ELY RAMIREZ-SANCHEZ. ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Appoint Spanish Interpreter (#35) filed by counsel for Defendant. In the motion, Defendant's counsel request that services for an interpreter be provided for Defendant.

It appears to the undersigned this motion has been filed pursuant to, 18 U.S.C. § 3006A(e). That statute provides as follows:

**(e)    Services other than counsel.**

**(1)    Upon request.---**Counsel for a person who is financially unable to obtain investigative, expert, or other services necessary for adequate representation may request them in an ex parte application. Upon finding, after appropriate inquiry in an ex parte proceeding, that the services are necessary and that the person is financially unable to obtain them, the court, or the United States magistrate judge if the services are required in connection with a matter over which he has jurisdiction, shall authorize counsel to obtain the services.

The Court has examined the file in this matter and it appears that Defendant has been found by the Court to be indigent and is financially unable to obtain the

1

services of an interpreter. It further appears that the services of an interpreter are necessary and are required for an appropriate defense of Defendant.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Motion to Appoint Spanish Interpreter (#35) is **ALLOWED.** It is further **ORDERED** that counsel for Defendant may retain the services of an interpreter in this matter at a cost not to exceed the sum of $2,400 as provided by 18 U.S.C. § 3006A(e)(3).

Signed: August 22, 2014

Dennis L. Howell
United States Magistrate Judge